1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:   (510) 637-3724
      E-Mail:       James.C.Mann@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 UNITED STATES OF AMERICA,    )   No. CR-12-00495 SBA
                                     )
14     Plaintiff,                )   NOTICE OF DISMISSAL AS TO AHMAD
                                     )   JAMAL BELTON
15    v.                           )
                                     )
16 AHMAD JAMAL BELTON,            )
                                     )
17     Defendant.               )
                                     )
18 _____)

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the Indictment against

21 Ahmad Jamal Belton only in the above-captioned matter without prejudice.  The United States

22 further requests that the Court order that defendant Ahmad Jamal Belton be released from federal

23 custody forthwith.

24 DATED: September 14, 2012               Respectfully submitted,

25                                                 MELINDA HAAG
                                                   United States Attorney
26

27                                                 _____
                                                   MIRANDA KANE
28                                                 Chief, Criminal Division

NOTICE OF DISMISSAL AS TO AHMAD JAMAL BELTON
No. CR-12-00495 SBA

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the above-captioned Indictment as to Ahmad Jamal Belton only without prejudice.  It is further ORDERED that defendant Ahmad Jamal Belton be released from federal custody forthwith.

DATED: 9/14/12

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

NOTICE OF DISMISSAL AS TO AHMAD JAMAL BELTON
No. CR-12-00495 SBA